STEVEN G. KALAR
Federal Public Defender
EDWARD J. HU (CABN: 260421)
Assistant Federal Public Defender
19th Floor Federal Building
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone: (415) 436-7700
Email: edward_hu@fd.org

Counsel for Defendant Sean RODGERS

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) | CR-13-219 RS |
|---|---|---|
| Plaintiff, | ) ) ) | ORDER **STIPULATION TO CONTINUE SENTENCING HEARING.** |
| v. | ) ) | |
| SEAN RODGERS, | ) ) | |
| Defendant. | ) ) | DATE: March 4, 2014<br>TIME: 2:30 p.m. |

The parties agree and stipulate to continue the sentencing hearing, presently scheduled for March 4, 2014 at 2:30 p.m., to June 10, 2014 at 2:30 p.m. or as soon thereafter as the court may hear the matter.

Defendant Sean Rodgers entered a plea of guilty, pursuant to a plea agreement, to one count of possessing crack cocaine for sale, in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(B)(iii). Mr. Rodgers has been on electronic monitoring and a $100,000 unsecured bond without any serious issues since May 8, 2013.

At the change of plea hearing, Mr. Rodgers moved this court for an order allowing him to

1 remain out of custody, though on continued electronic monitoring, to accommodate Mr. Rodger's
2 medical needs. The government did not oppose the motion. Since then, and at the request of the
3 court, counsel for defendant has submitted medical records, under seal, documenting the need for
4 several procedures.

5     Since then, Mr. Rodgers has suffered additional medical complications. (Additional
6 documentation will be submitted under seal by defense counsel when it is gathered from the
7 medical offices.) Counsel for defendant has informed the U.S. Attorney's office and Mr. Trevor
8 Lilian (U.S. Probation). Neither have an objection to permitting Mr. Rodgers to recover and
9 continuing the sentencing hearing.

RESPECTFULLY SUBMITTED,

STEVEN G. KALAR
FEDERAL PUBLIC DEFENDER

13 DATED: 02/26/2014     /S/
EDWARD J. HU, AFPD
COUNSEL FOR SEAN RODGERS

16 DATED: 02/26/2014     /S/
ADAM WRIGHT
ASSISTANT UNITED STATES ATTORNEY

### [PROPOSED] ORDER

20     Upon the foregoing stipulation of the parties, and good cause being found, it is hereby
21 ordere that the sentencing hearing for Sean Rodgers, presently set for March 4, 2014 @ 2:30
22 p.m., be continued to __June 10__, 2014 @ __2:30__   ~~a.m.~~ / p.m.

24 Dated: Feb. __28__, 2014
25                         Hon. Richard Seeborg
                        United States District Judge