1  STEVEN G. KALAR
   Federal Public Defender
2  EDWARD J. HU (CABN: 260421)
   Assistant Federal Public Defender
3  19th Floor – Federal Building
   450 Golden Gate Avenue
4  San Francisco, CA 94102
   Telephone:  (415) 436-7700
5  Email: edward_hu@fd.org

6  Counsel for Defendant Sean RODGERS

7

8                    UNITED STATES DISTRICT COURT

9               FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                        SAN FRANCISCO DIVISION

11

12  UNITED STATES OF AMERICA,            )   Case No. CR 13-0219 RS
                                         )
13          Plaintiff,                   )
                                         )   **STIPULATION TO CONTINUE**
14      v.                               )   **SENTENCING HEARING;** [~~PROPOSED~~]
                                         )   **ORDER**
15  SEAN RODGERS,                        )
                                         )   DATE:      June 10, 2014
16          Defendant.                   )   TIME:      2:30 p.m.
    _____      )

17

18      The parties agree and stipulate to continue the sentencing hearing, presently scheduled for

19  June 10, 2014, at 2:30 p.m. to August 5, 2014, at 2:30 p.m., or as soon thereafter as the court may

20  hear the matter, for the reasons stated below.

21      Defendant Sean Rodgers entered a plea of guilty, pursuant to a plea agreement, to one

22  count of possessing crack cocaine for sale, in violation of 21 U.S.C. §§ 841(a)(1) and

23  (b)(1)(B)(iii). Mr. Rodgers has been on electronic monitoring and a $100,000 unsecured bond

24  without any serious issues since May 8, 2013.

25      At the change of plea hearing, Mr. Rodgers moved this court for an order allowing him to

26  remain out of custody, though on continued electronic monitoring, to accommodate Mr. Rodgers'

1  medical needs. The government did not oppose the motion.  Since then, and at the request of the
2  court, counsel for defendant has submitted medical records, under seal, documenting the need for
3  several procedures.

4  Mr. Rodgers' medical procedures at both UCSF and Stanford Hospitals have been
5  completed, though, because of the extensiveness of the procedures, he is in post-surgical
6  recovery and physical therapy.  The parties expect that he will be recovered by the end of July
7  2014, and there are no further medical procedures planned.  Defense counsel has a two-week trial
8  set for July before Judge Breyer and is, therefore, requesting an August sentencing date.  The
9  parties agreed to this stipulation after discussing the matter on May 15, 2014.  U.S. Probation
10 Officer Trevor Lilian has been contacted and will be available in August as well.

RESPECTFULLY SUBMITTED,

STEVEN G. KALAR
FEDERAL PUBLIC DEFENDER

Dated: May 16, 2014                     /S/
EDWARD J. HU, AFPD
COUNSEL FOR SEAN RODGERS

Dated: May 16, 2014                     /S/
ADAM WRIGHT
ASSISTANT UNITED STATES ATTORNEY

### [PROPOSED] ORDER

Upon the foregoing stipulation of the parties, and good cause being found, IT IS HEREBY ORDERED that the sentencing hearing for Sean Rodgers, presently set for June 10, 2014, at 2:30 p.m., be continued to **August 5, 2014, at 2:30 p.m.**

IT IS SO ORDERED.

Dated: May 16, 2014

RICHARD SEEBORG
United States District Judge