1  STEVEN G. KALAR
   Federal Public Defender
2  EDWARD J. HU (CABN: 260421)
   Assistant Federal Public Defender
3  19th Floor – Federal Building
   450 Golden Gate Avenue
4  San Francisco, CA 94102
   Telephone:  (415) 436-7700
5  Email: edward_hu@fd.org

6  Counsel for Defendant SEAN RODGERS

7

8                    UNITED STATES DISTRICT COURT

9              FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                     SAN FRANCISCO DIVISION

11

12  UNITED STATES OF AMERICA,           )   CR 13-00219 RS
                                        )
13            Plaintiff,                )   **STIPULATION TO CONTINUE**
                                        )   **SENTENCING HEARING;**
14      v.                              )   **[PROPOSED] ORDER** AS MODIFIED BY
                                        )    THE COURT
15  SEAN RODGERS,                       )   Date:   September 23, 2014
                                        )   Time:  2:30 p.m.
16            Defendant.                )             November 4,
                                        )   Proposed Date: October 28, 2014
    _____)

17

18      The parties agree and stipulate to continuing the sentencing hearing presently scheduled
                                                November 4,
19  for September 23, 2014, at 2:30 p.m., to **October, 28, 2014, at 2:30 p.m.**, or as soon thereafter as

20  the court may hear the matter, in order to accommodate Mr. Rodgers' availability for his PSR

21  interview.  As the court may be aware through recent docket activity, Mr. Rodgers suffered a

22  serious of tragedies, including two deaths in the family which rendered him briefly incapable of

23  participating in a PSR interview.

24      Defendant Sean Rodgers entered a plea of guilty, pursuant to a plea agreement, to one

25  count of possessing crack cocaine for sale, in violation of 21 U.S.C. §§ 841(a)(1) and

26  (b)(1)(B)(iii). Mr. Rodgers has been on electronic monitoring and a $100,000 unsecured bond

1   without any serious issues since May 8, 2013.

2         Mr. Rodgers is working through the grieving process and thanks the Probation office for

3   its sensitivity during this time.  Defendant and Probation have already scheduled the follow-up

4   interview.  In order to complete the PSR process, the parties and Probation are jointly requesting

5   that the matter be put over to ~~October 28,~~ November 4, 2014, at 2:30 p.m., for a sentencing hearing.

6         For the above reasons, the parties hereby stipulate to continuing the sentencing date

7   presently set for September 23, 2014, at 2:30 p.m., to ~~October 28,~~ November 4, 2014, at 2:30 p.m., or as soon

8   thereafter as the Court can hear the matter.

9                       RESPECTFULLY SUBMITTED,

10                       STEVEN G. KALAR
                        FEDERAL PUBLIC DEFENDER

11

12   DATED: 09/15/2014             /S/
                        EDWARD J. HU, AFPD

13                       COUNSEL FOR SEAN RODGERS

14

15   DATED: 09/15/2014             /S/
                        ADAM WRIGHT

16                       ASSISTANT UNITED STATES ATTORNEY

17

18

19                       **[~~PROPOSED~~] ORDER**

20         Upon the foregoing stipulation of the parties, and good cause being found, IT IS

21   HEREBY ORDERED that the sentencing hearing presently set for September 23, 2014, at

22   2:30 p.m., is continued until **~~October 28,~~ November 4, 2014, at 2:30 p.m.**

23

24   Dated: 9/16/14

25                     RICHARD SEEBORG
                    United States District Judge

26